Submitted on record and appellant's brief February 11,
appeal dismissed March 5, petition for rehearing
denied April 7, 1970. Petition for review
denied by Supreme Court May 12, 1970

## STATE OF OREGON, *Respondent, v.*
## JAMES RUSSELL LAMMON,
### *Appellant.*
465 P2d 490

J. Marvin Kuhn, Deputy Public Defender, Salem, filed the brief for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Before Schwab, Chief Judge, and Fort and Branchfield, Judges.

PER CURIAM.

Defendant pleaded guilty to the crime of contributing to the delinquency of a minor. He was sentenced June 26, 1969, approximately one month prior to the decision of the Oregon Supreme Court in *State v. Hodges*, 254 Or 21, 457 P2d 491 (1969), declaring unconstitutional a portion of the statute under which defendant was charged. He appeals, claiming that the remainder of the statute should herein be declared unconstitutional.

This court is without jurisdiction to consider the appeal for the reasons set forth in *State v. Kabachenko*, 2 Or App 202, 465 P2d 891 (1970). If defendant has a remedy, he can pursue it according to the terms of the Post-Conviction Relief Act.

Appeal dismissed.